UNITED STATES of America, Appellee,

v.

Billy COLE, Appellant.

No. 04–3531.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 4, 2005.

Decided Aug. 9, 2005.

Julia M. Wright, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Billy Cole, Terre Haute, IN, pro se.

---

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Billy Cole appeals the district court's [1] denial without prejudice of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion, in which he sought reduction based on Amendment 591 to the Sentencing Guidelines and *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). Amendment 591 does not affect Cole's sentence, and he has not stated any other basis for modification under section 3582(c)(2). Accordingly, we affirm. *See* 8th Cir. R. 47B.